# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978

| 1. Person Reporting (last name, first, and middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Arguello, Marcia M. | | |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| | ☐ Nomination, Date ☑ Annual ☐ Final | 01/01/2013 to 12/31/2013 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Alfred A. Arraj U.S. Courthouse 901 19th St., A638 Denver, CO 80294 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the "NONE" box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions.)

☐ NONE (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Center for Legal Inclusiveness - Volunteer |
| 2. | Chair | Arguello Dream Team - Volunteer |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions.)

☑ NONE (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 07/28/2014 |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of filing instructions.)

### A. Filer's Non-Investment Income

[ ] NONE (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | United States Judge | $199,076.47 |
| 2. | | |
| 3. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, complete this section. (Dollar amount not required except for honoraria.)

[ ] NONE (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Boulder Valley School District - Salary |
| 2. 2013 | Public Employees Retirement Association |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment. (Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)

[ ] NONE (No reportable reimbursements.)

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | Colorado Women's Bar | 2/19/2013 - 2/19/2013 | Vail, CO | Judge in Research and Writing Workshop | Lodging |
| 2 | Migrant Education Program | 6/19/2013 - 6/20/2013 | Glenwood Springs, CO | Presentations on Education of Parents and Student | Lodging, mileage |
| 3 | Hispanic National Bar Foundation | 11/23/2013 | Colorado Springs, CO | Annual Reception Committee | Food, beverages |
| 4 | | | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Arguello, Christine M. | 05/12/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. University of Colorado | Reduced price for two Club Seat Football Tickets | $2,900.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. AES Student Loan | Co-signor on student loans | L |
| 2. SWBC Mortgage | Rental Property #2 | M |
| 3. | | |
| 4. | | |

Name of Person Reporting: Arguello, Christine M.

Date of Report: 05/12/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Investment Property #1 (Denver CO) | Rent | K | F | Sold and Assessment | | | | | |
| 2. | Investment Property #2 (Aurora CO) | Rent | K | F | | | | | | |
| 3. | Chase Bank Accounts | A | Interest | J | T | | | | | |
| 4. | Wells Fargo Bank Accounts | A | Interest | K | T | | | | | |
| 5. | First Bank | A | Interest | J | T | | | | | |
| 6. | MetLife Insurance Policy | A | Dividend | J | T | | | | | |
| 7. | CRIZX | | None | J | T | Sold (part) | 01/09/13 | J | A | |
| 8. | CIRZX | | None | | | Sold | 10/24/13 | J | A | |
| 9. | DBLTX | | None | J | T | | | | | |
| 10. | DGAGX | | None | J | T | | | | | |
| 11. | FHIMX | | None | J | T | | | | | |
| 12. | GHYYX | | None | J | T | | | | | |
| 13. | HAINX | | None | J | T | Sold (part) | 05/22/13 | J | A | |
| 14. | HGOIX | | None | J | T | Sold (part) | 07/09/13 | J | A | |
| 15. | HLVIX | | None | J | T | Buy (add'l) | 06/09/13 | J | | |
| 16. | LMNOX | | None | J | T | Buy | 10/24/13 | J | | |
| 17. | LSIIX | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns D1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | MHYIX | None | | J | T | | | | | |
| 19. | NGIPX | None | | J | T | Buy (add'l) | 06/26/13 | J | | |
| 20. | NGIPX | None | | J | T | Buy (add'l) | 12/16/13 | J | | |
| 21. | ODVYX | None | | | | Sold | 06/21/13 | J | A | |
| 22. | OSTIX | None | | J | T | Buy | 10/25/13 | J | | |
| 23. | PARSX | None | | J | T | Sold (part) | 01/09/13 | J | A | |
| 24. | YACKX | None | | J | T | Buy | 05/22/13 | J | | |
| 25. | OIFIX | None | | J | T | Buy (add'l) | 01/22/13 | J | | |
| 26. | OIIEX | None | | J | T | Buy (add'l) | 01/22/13 | J | | |
| 27. | OILGX | None | | J | T | Sold (part) | 01/22/13 | J | A | |
| 28. | OILVX | None | | J | T | Sold (part) | 01/22/13 | J | A | |
| 29. | OISGX | None | | J | T | Sold (part) | 01/22/13 | J | A | |
| 30. | OISVX | None | | J | T | Sold (part) | 01/22/13 | J | A | |
| 31. | Jackson Natl Life Ins. Co Perspective II 05/05 | None | | K | T | | | | | |
| 32. | Metlife Invs Ins Prods L Share Variable Annuity | None | | J | T | | | | | |
| 33. | Metlife Inves Ins Prods Variable Annuity Class AA | None | | K | T | | | | | |
| 34. | Nationwide Life Ins Co Destination B | None | | L | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Jackson Natl Life Ins. Co Perspective II 05/05 | | None | J | T | | | | | |
| 36. ECL | A | Dividend | J | T | | | | | |
| 37. JP Morgan US GOV MMF* | | None | K | T | | | | | |
| 38. PIP | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arguello, Christine M.** | 05/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 2 - property purchased on 4/8/2011 for $260,000

Part VII - My _____ retired in 2013 and is now vested in his Public Employee Retirement Pension [previously reported in Part VII as PERA]. Because I am now reporting this as non-investment income in Part IIIB, I have deleted it from Part VII.

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 05/12/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christine M. Arguello**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544